| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: <br> **EASTERN DISTRICT OF TEXAS** |
| Case number (if known): _____  Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**  04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**  Action MD, LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**   2 6 – 2 4 3 0 0 9 6

4. **Debtor's address**

   **Principal place of business**

   **500 N. Valley Parkway**
   Number   Street

   **Lewisville**  **TX**  **75067**
   City      State  ZIP Code

   **Denton**
   County

   **Mailing address, if different from principal place of business**

   Number   Street

   P.O. Box

   City      State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number   Street

   City      State  ZIP Code

5. **Debtor's website (URL)**

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  **Action MD, LLC** _____   Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. Check all that apply:

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

  __5__  __3__  __1__  __1__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

Check one:

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11.  Check all that apply:

    - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    - ☐ A plan is being filed with this petition.

    - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

    - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes.  District _____ When _____ Case number _____
                                                MM / DD / YYYY
           District _____ When _____ Case number _____
                                                MM / DD / YYYY
           District _____ When _____ Case number _____
                                                MM / DD / YYYY

Debtor **Action MD, LLC** _____   Case number (if known) _____

| | | |
|---|---|---|

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.  Debtor _____   Relationship _____
         District _____   When _____
                                         MM / DD / YYYY
         Case number, if known _____

         Debtor _____   Relationship _____
         District _____   When _____
                                         MM / DD / YYYY
         Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**   *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**   _____
                              Number     Street
                              _____
                              _____
                              City         State     ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

### Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 3

Debtor **Action MD, LLC** _____    Case number (if known) _____

| | | | |
|---|---|---|---|
| **14. Estimated number of creditors** | ☑ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08/05/2019**
MM / DD / YYYY

X **/s/ Suleman Hashmi**                                **Suleman Hashmi**
Signature of authorized representative of debtor        Printed name

Title **Managing Member**

**18. Signature of attorney**

X **/s/ John Paul Stanford**                            Date **08/05/2019**
Signature of attorney for debtor                        MM / DD / YYYY

**John Paul Stanford**
Printed name

**Quilling, Selander, Lownds, Winslett & Moser, P.C.**
Firm name

**2001 Bryan Street, Suite 1800**
Number        Street

**Dallas**                      **TX**         **75201**
City                            State          ZIP Code

**(214) 871-2100**              **jstanford@qslwm.com**
Contact phone                   Email address

**19037350**                    **TX**
Bar number                      State

Official Form 201       **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 4

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

IN RE:   **Action MD, LLC**                                                                                     CASE NO

                                                                                                                CHAPTER   **11**

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  8/5/2019                                                    Signature  /s/ Suleman Hashmi
                                                                                             *Suleman Hashmi*
                                                                                             *Managing Member*

Date                                                                     Signature

Case 19-42111   Doc 1   Filed 08/05/19   Entered 08/05/19 16:30:37   Desc Main
Document   Page 6 of 6
Debtor(s): Action MD, LLC
Case No.
Chapter: 11
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

AdventAir
500 S. Kealy Ave.
Lewisville, TX 75057

Moncor Inc.
15301 Spectrum Drive
Addison, TX 75001

Zimmer Insurance Agency, LLC
Larry Zimmer
7605 Tanglecrest Drive
Dallas, TX 75254

Ameripower
PO Box 16206
Sugar Land, TX 77496

Moncor Tax Advisors, Inc.
15301 Spectrum Drive, Ste. 405
Addison, TX 75001

Atmos Energy
PO Box 650205
Dallas, TX 75265

Northstar Bank
400 N. Carroll Blvd.
Denton, TX 76201

C N A Insurance
PO Box 790094
St Louis, MO 63179

Office of the U.S. Trustee
110 N. College Ave., Suite 300
Tyler, Texas 75702

City of Lewisville
PO Box 299002
Lewisville, TX 75029

Platt Cheema Richmond, PLLC
1201 N. Riverfront Blvd., Ste.
Dallas, TX 75207

City of Lewisville- Water & Sew
PO Box 299002
Lewisville, TX 75029

Propel Financial Services
PO Box 1676
Dallas, TX 75284

Denton County Tax Assessor/Coll
PO Box 90223
Denton, TX 76202

StarTex Power
1221 Lamar St., #750
Houston, TX 77010

Independent Bank
3090 Craig Drive
McKinney, TX 75070

Tax Ease
14800 Landmark Blvd., Ste. 400
Dallas, TX 75254

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Team North Texas
PO Box 8601
Greenville TX 75404

Logix
2950 N. Loop W., 8th Floor
Houston, TX 77092

Waste Management
1001 Fannin, Suite 4000
Houston, TX 77002